MAY -7 2010

1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona
   LANNY A. BREUER
3  Assistant Attorney General
   Criminal Division
4  United States Department of Justice
   LAURA J. GWINN
5  Trial Attorney
   United States Department of Justice
6  950 Pennsylvania Avenue, N.W., Suite 7649
   Washington, D.C. 20530
7  Telephone: (202) 353-9178
   Laura.Gwinn@usdoj.gov
8

FILED ___ LODGED
RECEIVED ___ COPY
MAY 11 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
                         DEPUTY

**SEALED**

9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF ARIZONA

CR-10-1031 TUC-FRZ(GEE)

11

12  UNITED STATES OF AMERICA,        )   INFORMATION
                                     )
13            Plaintiff,             )   Violations: 18 U.S.C. § 371
                                     )               18 U.S.C. § 924(a)(1)(A)
14       v.                          )               18 U.S.C. § 922(e)
                                     )               18 U.S.C. §§ 981(a)(1)(C)
15  Jonathan Horowitz,               )                 and 924(d)
                                     )               22 U.S.C. § 401
16                                   )               28 U.S.C. § 2461(c)
              Defendant.             )               18 U.S.C. § 2
17  _____)   (Conspiracy; False Statement in
                                         Acquisition of a Firearm; Delivery
18                                       of Firearm to Carrier without
                                         Notice; Aiding & Abetting;
19                                       Forfeiture Allegation)

20                                              (Felony)

21                                          **UNDER SEAL**

22  THE UNITED STATES ATTORNEY ALLEGES:

23                         COUNT 1

24       Beginning on a date unknown to the United States and continuing until on or about

25  July 6, 2006, in the District of Arizona and elsewhere, the defendant, JONATHAN

26

27  U.S. v. Jonathan Horowitz
    Information
28                          Page 1 of 6

cc: AUSA; ALTMAN; PO; FRZ

HOROWITZ, along with other persons known and unknown to the United States, did willfully, knowingly, and unlawfully, combine, conspire, confederate, and agree together to:

- make false statements in connection with the acquisition of firearms from federally licensed firearms dealers in violation of Title 18, United States Code, Section 924(a)(1)(A);
- export and take out of the United States of America and into the Republic of Mexico articles on the United States Munitions List without having first obtained from the Department of State a license for such export and written authorization for such export in violation of Title 22, United States Code, Sections 2778 (b)(2) and 2778 (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1; and
- export and send from the United States, merchandise, article, and an object contrary to any law and regulation of the United States knowing the same to be intended for exportation contrary to any law and regulation of the United States in violation of Title 18, United States Code, Section 554; and
- willfully transfer firearms to a person or persons who were not licensed as importer, dealer, manufacturer, and collector of firearms within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe such person or persons was not then residing in the State of Arizona, said defendant not being licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44, Title 18, United States Code, in violation of Title 18, United States Code, Section 922(a)(5).

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

2. On or about April 13, 2006, defendant JONATHAN HOROWITZ, in connection with the acquisition of fifty (50) DPMS AR-15 type firearms, as listed on Attachment A, part

I, and incorporated herein, from Mad Dawg Global Marketing, Inc., a federally licensed firearms dealer, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that Jonathan Horowitz was the actual purchaser of the firearms, when in truth and in fact, as the defendant knew, he was not the actual purchaser of the firearms; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNT 3

3. On or about May 21, 2006, defendant JONATHAN HOROWITZ in connection with the acquisition of fifty (50) DPMS AR-15 type firearms, as listed on Attachment A, part II, and incorporated herein, from Mad Dawg Global Marketing, Inc., a federally licensed firearms dealer, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, in that the defendant did represent on the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, that Jonathan Horowitz was the actual purchaser of the firearms, when in truth and in fact, as the defendant knew, he was not the actual purchaser of the firearms; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNT 4

4. On or about June 14, 2006, in the District of Arizona, the defendant, JONATHAN HOROWITZ not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did knowingly deliver or cause to be delivered to a common or contract carrier for transportation or shipment in interstate or foreign commerce, without written notice to the carrier that firearms were being

shipped, a package or container of firearms, to wit: seventeen (17) DPMS brand, Model A-15, .223 caliber, serial numbers F047712K, F047738K, F048027K, F047728K, F048022K, F048025K, F048016K, F047743K, F048020K, F048194K, F048013K, F047722K, F047999K, F047720K, F047727K, F048289K, F048199K, to Roberto Hernandez, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D) and 2.

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One through Four of this Information, defendant, Jonathan Horowitz, shall forfeit to the United States:

1) pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 371, Title 22, United States Code, Section 2778, or Title 18 United States Code, Section 554;

2) pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in any willful violation of any provision of Title 18, United States Code, Chapter 44 (18 U.S.C. §§ 921-931) or any rule or regulation promulgated thereunder, including, but not limited to the firearms listed in Attachment A of this Information;

3) pursuant to Title 22, United States Code, Section 401 and Title 28, United States Code, Section 2461(c), any arms or munitions of war or other articles in violation of law which were exported, or intended to be exported, out of the United States in violation of Title 22, United States Code, Section 2778; and

4) a sum of money equal to the amount of proceeds obtained as a result of the offenses, for which the defendants are jointly and severally liable.

U.S. v. Jonathan Horowitz
Information

If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 924(d); 22 U.S.C. § 401; 28 U.S.C. § 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

Dated: May 7, 2010

*(signature)*
LAURA GWINN
Trial Attorney
U.S. Department of Justice
950 Pennsylvania Ave., NW
Suite 7649
Washington, D.C. 20005

U.S. v. Jonathan Horowitz
Information

# ATTACHMENT A

## I. Firearms Purchased April 13, 2006

50    DPMS Model A-15, .223 caliber, serial numbers:
F043754K, F043799K, F043800K, F043801K, F043802K, F043803K, F043804K, F043805K, F043806K, F043807K, F043809K, F043810K, F043811K, F043812K,
F043813K, F043814K, F043815K, F043817K, F043818K, F043819K, F043820K, F043821K, F043822K, F043823K, F043825K, F043827K, F043829K, F043830K, F043831K, F043832K, F043833K, F043834K, F043835K, F043836K, F043837K, F043838K, F043839K, F043842K, F043843K, F043845K, F043846K, F043847K, F043849K, F043850K, F043852K, F043853K, F043854K, F043855K, F043856K, F043857K

## II. Firearms Purchased May 21, 2006

50    DPMS Model A-15, .223 caliber, serial numbers:

F047701K, F047703K, F047706K, F047711K, F047712K, F047713K, F047719K, F047720K, F047721K, F047722K, F047725K, F047727K, F047728K, F047736K, F047737K, F047738K, F047743K, F047746K, F047747K, F047749K, F047751K, F047755K, F047997K, F047999K, F048001K, F048002K, F048006K, F048009K, F048010K, F048011K, F048013K, F048015K, F048016K, F048017K, F048020K, F048021K, F048022K, F048025K, F048026K, F048027K, F048028K, F048029K, F048030K, F048032K, F048183K, F048189K, F048194K, F048199K, F048207K, F048209K

U.S. v. Jonathan Horowitz
Information