United States District Court

DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

MAY 11 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America

v.

Jonathan Horowitz,

**SEALED**

**WAIVER OF INDICTMENT**

CR-10-1031 TUC-FRZ (GEE)

CASE NUMBER: 10-WI-64-FRZ

I, Jonathan Horowitz, the above named defendant, who is accused of Aiding & Abetting; Conspiracy; False Statement in Acquisition of a Firearm; Transfer of Firearm to Non-Resident; Shipment of Firearms without Notice to Carrier; and Forfeiture Allegation, all in violation of Title 18 U.S.C. § 2, 18 U.S.C. § 371, 18 U.S.C. § 924(a)(1)(A), 18 U.S.C. § 922(e), 18 U.S.C. §§ 981(a)(1)(C) and 924(d), 22 U.S.C. § 401; and 28 U.S.C. § 2461(c), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 05/11/2010 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jonathan Horowitz
Defendant

Kurt Altman
Attorney for Defendant

Before _____
Judicial Officer
5-11-10