```
1  DENNIS K. BURKE
   United States Attorney
2  District of Arizona
   LANNY A. BREUER
3  Assistant Attorney General
   Criminal Division
4  United States Department of Justice
   LAURA J. GWINN
5  Trial Attorney
   United States Department of Justice
6  950 Pennsylvania Avenue, N.W., Suite 7649
   Washington, D.C. 20530
7  Telephone: (202) 353-9178
   Laura.Gwinn@usdoj.gov
8
```

FILED ___ LODGED ___
RECEIVED ___ COPY ___
MAY -7 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

FILED ___ LODGED ___
RECEIVED ___ COPY ___
MAY 11 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**Jonathan Horowitz,**<br><br>　　　　　Defendant. | CR 10-1031TUC-FRZ(GEE)<br><br>MOTION TO SEAL<br><br>**FILED UNDER SEAL** |

　　　United States of America, by and through its attorneys, Dennis K. Burke, United States Attorney for the District of Arizona, Lanny A. Breuer, Assistant Attorney General and Laura J. Gwinn, Trial Attorney for the United States Department of Justice, requests this Court to seal the Information prepared in the above-named case. The facts contained in the Information should not be released to the public at large, as the investigation is ongoing. The Information, the motion to seal and the order to seal shall remain sealed until further order of this Court.

//

//

/

CC: AUSA; ALTMAN; PO; FRZ(GEE).

   The government requests the indictment, motion to seal and the order to seal remain sealed until further order of this Court.

   DATED this 7th day of May, 2010.

*[signature]*
LAURA J. GWINN
Trial Attorney
U.S. Department of Justice
950 Pennsylvania Ave., NW
Suite 7649
Washington, D.C. 20005