IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

MAGISTRATE JUDGE'S MINUTES

Tucson

SEALED                                                              **SEALED**

                                                          Date: 05/11/2010
CR 10-01031-001-TUC-FRZ(GEE)                              Judge #: 70BH
Hon. GLENDA E. EDMONDS, United States Magistrate Judge

USA v. Jonathan Paul Horowitz

DEFENDANT: ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Writ
Deputy Clerk  Pamela Sweigart            Recorded by Courtsmart
U.S. Atty: Laura Gwinn                   Dft Atty: Kurt M Altman (RETAINED)
Intrptr: N/A

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and
  B/W issued, dft to be held without bail

**PROCEEDINGS:**   ☒ INITIAL APPEARANCE/ARRAIGNMENT/PLEA   ☒ CHANGE OF PLEA
☒ Waiver of Indictment filed
☒ Information filed, CODE: 18:922;18:924; IMPORT/POSS. FIREARM
☒ Dft states true name to be: SAME
☒ Dft advised:   ☒ Right to trial by jury  ☒ Right to indictment by GJ
☒ Dft enters:    ☒ GUILTY PLEA to THE INFORMATION
  Lesser offense
☒ Plea agreement  ☒ FILED  ☐ NOT FILED  ☒ SEALED
☒ Guidelines case    ☐ Non-guidelines case
☒ Continued for sentence to **07/19/2010 at 8:50 AM BEFORE JUDGE ZAPATA**
☒ **ORDER:** PSR to be prepared. (1) Any objection(s) to the presentence report shall be filed no later than 14 days after receiving the presentence report pursuant to Fed.R.Crim.P. 32(f)(2); (2) any response to the objection(s) to the presentence report shall be filed no later than 11 days after receiving the objection(s); (3) any sentencing memorandum shall be filed no later than 5 business days prior to sentencing; (4) Any party seeking to continue a sentencing date shall file a Motion to Continue no later than two (2) business days prior to the date of hearing. Additionally, counsel shall telephonically notify chambers when sentencing is within two (2) business days; (5) failure to comply with this Order may result in the imposition of sanctions.
☒ ORDER vacate trial date/motion hearing/motions moot
☒ Provided with copy of Indictment/Information  ☒ Waives reading
☒ Other: Motion and order to seal filed and granted in open court; Notice of attorney appearance by Kurt Altman filed in open court; Preliminary Order of forfeiture filed in open court. Defendant is released on his own recognizance with the following conditions: defendant shall maintain contact with his attorney; Commit no crimes; shall not leave the country and shall not apply for a visa or passport.

                                                              ARR: 13
cc: AUSA, ATTMAN, PO, FRZ, GEE                                COP: 0
                                                              I/A: 0
                                                              DH: 0