FILED _____ LODGED
_____ RECEIVED _____ COPY

MAY 1 1 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ **ARIZONA** _____

## APPEARANCE  SEALED

USA

CASE NUMBER: 10 WI-64 FRZ

*CR 10 - 1031 - TUC - FRZ(GEE)*

vs

Jonathan Horowitz

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Jonathan Horowitz.

_5/11/2010_____
Date

_____ Signature

Kurt M Altman_____
Print Name

_4848 E Cactus Road Suite505-102_
Address

_Scottsdale, AZ 85254_____
City            State      Zip Code

_602 689-5100_____
Phone Number

*CC: AUSA; K. Altman.*