IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

MAY 1 1 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES OF AMERICA, )
                    Plaintiff, )
vs. )
*Jonathan Horowitz* )
                    Defendant. )

WI-00064 FRZ
CR 10-1031 TUC-FRZ(GEE)

CONSENT OF DEFENDANT
AND
ORDER OF REFERRAL

**SEALED**

### ORDER OF REFERRAL

Defendant *Jonathan Horowitz* having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge *Edmund* to administer the allocution pursuant to Rule 11, F.R.Crim.P., and to make findings as follows:

    (A) whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

    (B) whether the plea of guilty should be accepted by the District Court.

    The Magistrate Judge is requested to use the allocution drafted and used by the Court in taking a guilty plea.

SO ORDERED: _____
U.S. District Judge

### CONSENT OF DEFENDANT

    After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge

I consent to the above referral:

_____
Defendant *Counsel*

_____
~~Counsel for~~ Defendant

Date 5-11-2010

_____
Assistant U.S. Attorney
*DOJ Trial Attorney*