JOHN S. LEONARDO
United States Attorney
District of Arizona
JOSPEH E. KOEHLER
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: joseph.koehler@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br>　　v.<br>Miguel Torralba-Mendia,<br>　　　　　Defendant. | CR 10-00754-TUC-CKJ-(JR)<br><br>NOTICE OF PAYMENT TOWARD FORFEITURE JUDGMENT |

　　　Now comes the United States of America by and through its undersigned attorneys, and hereby gives notice that $66,905.07 has been paid toward the forfeiture money judgment entered against the defendant on February 7, 2013 by this court. On January 8, 2015, the government provided this court with notice that it had sold 1038 Oso Court, Rio Rico, Arizona and obtained $66,380.07 in proceeds. (ECF No. 1087). The defendant and co-defendant Eusebio Arce-Padilla's money judgments were jointly and severally liable. In addition, the defendant has paid $525 toward his money judgment Therefore, the remaining balance of the money judgment against defendant Miguel Torralba-Mendia is $27,144.93 in United States currency.

　　　Respectfully submitted this 14th day of January, 2016.

　　　　　　　　　　JOHN S. LEONARDO
　　　　　　　　　　United States Attorney
　　　　　　　　　　District of Arizona

　　　　　　　　　　*s/ Joseph E. Koehler*

　　　　　　　　　　JOSEPH E. KOEHLER
　　　　　　　　　　Assistant U.S. Attorney