JOHN S. LEONARDO
United States Attorney
District of Arizona
LESLIE R. CALDWELL
Assistant Attorney General
Criminal Division
United States Department of Justice
LAURA J. GWINN
Trial Attorney
United States Department of Justice
950 Pennsylvania Avenue, N.W., Suite 7649
Washington, D.C. 20530
Telephone: 202-353-9178
Email: laura.gwinn@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jonathan Paul Horowitz,<br><br>Defendant. | CR 10-01031-TUC-FRZ<br><br>NOTICE OF PAYMENT TOWARDS FORFEITURE JUDGMENT |

The United States of America, by and through its undersigned attorneys, hereby gives notice that the defendant has paid $13,100 towards the forfeiture money judgment entered against him on September 21, 2010 by this Court. Therefore, the remaining balance of the money judgment is $8,812 in United States currency.

Respectfully submitted this 14th day of January, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

LESLIE R. CALDWELL
Assistant Attorney General
Criminal Division
United States Department of Justice

*s/ Laura J. Gwinn*

LAURA J. GWINN
Trial Attorney
United States Department of Justice