MICHAEL BAILEY
United States Attorney
District of Arizona
REESE V. BOSTWICK
Assistant U.S. Attorney
Arizona State Bar No. 009934
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: reese.bostwick@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 10-01031-TUC-FRZ |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF PAYMENT TOWARDS FORFEITURE JUDGMENT |
| Jonathan Paul Horowitz, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby gives notice that the defendant has paid $16,300 towards the forfeiture money judgment entered against him on September 21, 2010 by this Court. Defendant Ismael Betancourt in CR 10-01034-TUC-DCB, who is jointly and severally liable for the same amount, has paid $3,962.75 towards the forfeiture money judgment. Therefore, the remaining balance of the money judgment is $1,649.25 in United States currency.

Respectfully submitted this 6th day of January, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

 *s/ Reese V. Bostwick*

REESE V. BOSTWICK
Assistant U.S. Attorney